```
           IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

JEFFREY YOWELL,                )
                               )
          Plaintiff,           )         8:06CV381
                               )
     v.                        )
                               )
JO ANNE B. BARNHART,           )         ORDER
Commissioner of Social         )
Security Administration,       )
                               )
          Defendant.           )
_____)
```

This matter is before the Court on defendant's motion for extension of time to respond to plaintiff's brief (Filing No. 10). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant shall have until November 16, 2006, to respond to plaintiff's brief.

DATED this 18th day of October, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court