IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY YOWELL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV381 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE,[1] | ) | ORDER AND JUDGMENT |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion for attorney fees (Filing No. 21) and the government's response (Filing No. 22). Plaintiff seeks attorney's fees in the amount of $4,095.00, and the government asks the Court to issue an order awarding fees in this amount. Accordingly,

IT IS ORDERED:

1) Plaintiff's application for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA")(Filing No. 21) is granted; and

---

[1] Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue, who became Commissioner of Social Security on February 12, 2007, is substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit.

      2)   Plaintiff is awarded attorney fees in the amount of $4,095.00 under EAJA.

DATED this 8th day of March, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court